IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOANDREI ARQUIZA,

    Plaintiff,

v.

UNITED PARCEL SERVICE INC., UNIVERSAL PROTECTION SERVICE, LP (dba ALLIED UNIVERSAL SECURITY SERVICES), VALACAL, CO., and DOES 1-50

    Defendants.

No. C 17-06221 WHA

**ORDER RELATING CASES**

The undersigned judge finds that the following cases are related to the above-captioned action:

- *Bo v. United Parcel Service, Inc., et al.*, Case No. 17-cv-06225-JCS
- *Bailey, et al v. United Parcel Service, Inc., et al.*, Case No. 17-cv-06227-KAW
- *Calderon, et al v. United Parcel Service, Inc., et al.*, Case No. 17-cv-06230-EDL
- *Chen, et al v. United Parcel Service, Inc., et al.*, Case No. 17-cv-06231-JSC
- *Lefiti, et al v. United Parcel Service, Inc., et al.*, Case No. 17-cv-06233-MEJ
- *Lim, et al v. United Parcel Service, Inc., et al.*, Case No. 17-cv-06234-JSC
- *Perez, et al v. United Parcel Service, Inc., et al.*, Case No. 17-cv-06235-SK
- *Tran v. United Parcel Service, Inc., et al.*, Case No. 17-cv-06236-MEJ

The parties are instructed that all future filings in the reassigned cases are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge. Any deadlines set by the ADR Local Rules remain in effect, and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

**IT IS SO ORDERED.**

Dated: November 16, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE