UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOANDREI ARQUIZA,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED PARCEL SERVICE, INC.; UNIVERSAL PROTECTION SERVICE, LP (DBA ALLIED UNIVERSAL SECURITY SERVICES); VALACAL, CO.; and DOES 1-50,<br><br>        Defendants. | Case No.: 3:17-cv-06221-WHA<br><br>**[~~PROPOSED~~] ORDER REMANDING CASES TO STATE COURT**<br><br>Judge: Hon. William ~~H.~~ Alsup |
| AUNG BO,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED PARCEL SERVICE, INC.; UNIVERSAL PROTECTION SERVICE, LP (DBA ALLIED UNIVERSAL SECURITY SERVICES); VALACAL, CO.; and DOES 1-50,<br><br>        Defendants. | Case No.: 3:17-cv-06225-WHA |

| | | |
|---|---|---|
| 1 | RYAN BAILEY, THENG BOO, DILLION BUCHANAN, GRETCHEN CABRERA, ED CANAYA, JASON CAVANAUGH, CHANNEY CHAU, ANA CONTRERAS, MARIANELLA DUBON-KOCH, ROMAN FALETOESE, SOPHIA FALETOESE, JIE HENG FENG, HUA JIANG, TED JIANG, ISAAC JIMENEZ, MELISSA JIMENEZ, JOSE JUAREZ, SHAUN KOCH, ANTHONY LE, LOUIS PACINI, MARK PAGAN, COLIN PIPKIN, DANIEL POWERS, RYAN SCHMITZ, JIMMY TANG, CRAIG TRAN, DAVID WU, DAVID YEE, and YIXIONG ZUO, | Case No.: 3:17-cv-06227-WHA |
| | Plaintiffs, | |
| | v. | |
| | UNITED PARCEL SERVICE, INC.; UNIVERSAL PROTECTION SERVICE, LP (DBA ALLIED UNIVERSAL SECURITY SERVICES); VALACAL, CO.; and DOES 1-50, | |
| | Defendants. | |
| | MARVIN CALDERON and MARGARITA LAGUAN, | Case No.: 3:17-cv-06230-WHA |
| | Plaintiffs, | |
| | v. | |
| | UNITED PARCEL SERVICE, INC.; UNIVERSAL PROTECTION SERVICE, LP (DBA ALLIED UNIVERSAL SECURITY SERVICES); VALACAL, CO.; and DOES 1-50, | |
| | Defendants. | |
| | XIAO CHU CHEN and KRYSTAL YEUNG, | Case No.: 3:17-cv-06231-WHA |
| | Plaintiffs, | |
| | v. | |
| | UNITED PARCEL SERVICE, INC.; UNIVERSAL PROTECTION SERVICE, LP (DBA ALLIED UNIVERSAL SECURITY SERVICES); VALACAL, CO.; and DOES 1-50, | |
| | Defendants. | |

| | |
|---|---|
| DANIELLE LEFITI, DIONICIO DOMINGO, AIDAN DOMINGO, by and through his Guardian Ad Litem, DANIELLE LEFITI, and ESTATE OF MICHAEL LEFITI,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.; UNIVERSAL PROTECTION SERVICE, LP (DBA ALLIED UNIVERSAL SECURITY SERVICES); VALACAL, CO.; and DOES 1-50,<br><br>Defendants. | Case No.: 3:17-cv-06233-WHA |
| SANDY LIM, ELIZABETH LOUIE, MELANIE LOUIE, by and through her Guardian Ad Litem, SANDY LIM, and ESTATE OF BENSON LOUIE,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.; UNIVERSAL PROTECTION SERVICE, LP (DBA ALLIED UNIVERSAL SECURITY SERVICES); VALACAL, CO.; and DOES 1-50,<br><br>Defendants. | Case No.: 3:17-cv-06234-WHA |
| EDGAR PEREZ and MARILYN CORNEJO,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.; UNIVERSAL PROTECTION SERVICE, LP (DBA ALLIED UNIVERSAL SECURITY SERVICES); VALACAL, CO.; and DOES 1-50,<br><br>Defendants. | Case No.: 3:17-cv-06235-WHA |

| | |
|---|---|
| PETER TRAN, | Case No.: 3:17-cv-06236-WHA |
| Plaintiff, | |
| v. | |
| UNITED PARCEL SERVICE, INC.; UNIVERSAL PROTECTION SERVICE, LP (DBA ALLIED UNIVERSAL SECURITY SERVICES); VALACAL, CO.; and DOES 1-50, | |
| Defendants. | |

[PROPOSED] ORDER REMANDING CASES

Pursuant to the stipulation of the parties and for good cause shown, the Court hereby ORDERS that the following cases be REMANDED to the Superior Court, State of California, County of San Francisco:

- *Arquiza v. United Parcel Service, Inc., et al*, Case No. 3:17-cv-06221-WHA;
- *Bo v. United Parcel Service, Inc., et al*, Case No. 3:17-cv-06225-WHA;
- *Bailey, et al v. United Parcel Service, Inc., et al*, Case No. 3:17-cv-06227-WHA;
- *Calderon, et al v. United Parcel Service, Inc., et al*, Case No. 3:17-cv-06230-WHA;
- *Chen, et al v. United Parcel Service, Inc., et al*, Case No. 3:17-cv-06231-WHA;
- *Lefiti, et al v. United Parcel Service, Inc., et al*, Case No. 3:17-cv-06233-WHA;
- *Lim, et al v. United Parcel Service, Inc., et al*, Case No. 3:17-cv-06234-WHA;
- *Perez, et al v. United Parcel Service, Inc., et al*, Case No. 3:17-cv-06235-WHA; and
- *Tran v. United Parcel Service, Inc., et al*, Case No. 3:17-cv-06236-WHA.

Pursuant to 28 U.S.C. § 1447(c), the Clerk shall mail a certified copy of this Order to the clerk of the State of California, County of San Francisco.

**IT IS SO ORDERED:**

Dated: December 6, 2017.

_____
The Honorable William H. Alsup
United States District Judge

[PROPOSED] ORDER REMANDING CASES

1